
*goulston&storrs*
counsellors at law

GREGORY O. KADEN
gkaden@goulstonstorrs.com
617.574.3818 Tel
617.574.7585 Fax

October 1, 2013

<u>VIA FACSIMILE NO. (859) 281-1179</u>

Dean A. Langdon, Esq.
DelCotto Law Group PLLC
200 North Upper Street
Lexington, KY 40507

Dear Mr. Langdon:

Enclosed please find an invoice from my client Humana Inc. in the amount of $86,027.52.

As we discussed, the invoice contains confidential and sensitive patient and other information so should be treated confidentially in accordance with the contract between our clients and applicable HIPAA regulations.

Please let me know if you have any questions or would like to discuss.

Sincerely,

Gregory O. Kaden

GOK:mdm

GSDOCS\2267735

Goulston & Storrs, A Professional Corporation • Boston • DC • New York • Beijing
400 Atlantic Avenue • Boston, Massachusetts 02110-3333 • 617.482.1776 Tel • 617.574.4112 Fax • www.goulstonstorrs.com

# Invoice

For coverage in September 2013



HBSGAFPSPCHBSG940Q09202013051300001048
RESOURCES IN HEALTHCARE MGMT
LUANNE WALLACE
P.O. BOX 23823
LEXINGTON, KY 40523

RESOURCES IN HEALTHCARE MGMT

**Billing ID**
544264-001

**Invoice number - Invoice date**
509769107 - September 19, 2013

**Billing Contact**
1-800-872-7207

TEAM 27 BILLING UNIT

**Payment due**
October 1, 2013

Help your employees manage life's challenges by offering them the Employee Assistance Program (EAP) through Humana Specialty Benefits. The EAP program is a confidential resource to help your employees address personal issues that occupy their thoughts and attention such as depression, anxiety or family matters. Talk with your Humana agent about all the advantages of an EAP plan and how it can help you and your employees.

## Invoice Summary

| | |
|---|---:|
| Amount due from last invoice | $117,600.83 |
| Total payments received | -$117,879.63 |
| **Amount past due** | **-$278.80** |
| Premiums this period | $88,824.36 |
| Member adjustments | -$2,518.04 |
| Fees and other adjustments | $0.00 |
| **Please pay total amount due** | **$86,027.52** |

It's easy to perform online billing tasks quickly and easily on the employer portal at Humana.com. For example, you can:
- View your monthly statement
- Make a premium payment
- Terminate an employee from your bill

continued ▶

---

RETURN THIS PORTION WITH YOUR PAYMENT

# HUMANA.

# Payment Coupon

Billing ID: 544264-001
Invoice number: 509769107

Payment due date: October 1, 2013
Amount due: $86,027.52

Amount enclosed: $ _____

509768072  001  0008602752  09012013  41838  0

Please remit to:

HBSGAFPSPCHBSG940Q09202013051300001048
RESOURCES IN HEALTHCARE MGMT
LUANNE WALLACE
P.O. BOX 23823
LEXINGTON, KY 40523

COMPBENEFITS INS. CO.
P.O. BOX 879643
KANSAS CITY, MO 64187-9643

For change of address, please contact your Billing Representative

Payments
Your payment is due on the first of the month. If you pay by manual check, be sure to complete the following steps so that your payments are posted automatically to your account.
1. Write your Billing ID on your check.
2. Fill out all information on the remittance stub.
3. Put your check and remittance stub in the envelope provided.

Payments received after the end of your grace period will cause the account to automatically terminate and result in a disruption of coverage for your employees.

Humana's Employer Self-Service Center
You can log in anytime to your Self-Service Center to receive personalized information and tools to help you manage your employees' benefits. To register, go to the "Employers" section on Humana.com, click "Register Today."

Through **Humana.com** you can:

- View your monthly statement and make a premium payment;
- Complete daily enrollment maintenance tasks like adding a new employee, changing coverage, and terminating an employee's benefits;
- Enjoy features that simplify plan administration, such as links to eligibility information.

Paper Enrollment Submissions
Please ensure that all paper enrollment submissions are completed thoroughly, including group names and numbers associated with your account. Mail your enrollment forms to the following address:

Humana Inc.
P.O. Box 14209
Lexington, Kentucky 40512-4209

There may be a delay in updates on your invoice due to timing and processing. Please continue to pay the "Total Amount Due" to save time and money on reconciliation efforts. Please ensure all adjustments are accurately reflected on your invoice. If not, please contact your Billing Representative.